UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 36306
   STEVEN ATHANASOULIS
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-0559
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/09/05 and confirmed on 01/11/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 22510.26 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY HOME LOAN | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY HOME LOAN | SECURED | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED | .00 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1481.60 | .00 | 454.89 |
| CAPITAL ONE BANK | UNSECURED | 2750.21 | .00 | 844.39 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 761.78 | .00 | 233.89 |
| JUDITH A DEVRIENDT | UNSECURED | 3681.59 | .00 | 1130.35 |
| MERRICK BANK | UNSECURED | 1440.98 | .00 | 442.42 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2245.58 | .00 | 689.46 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 4224.60 | .00 | 1297.07 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 16586.34 | .00 | 16586.34 |
| PRINCIPAL PAID | .00 | .00 | 5092.47 | .00 | 5092.47 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 5092.47 | .00 | 5092.47 |

The Debtor's attorney, SCHOTTLER & ZUKOSKY             , was allowed $   2475.00 and was paid $    500.00  direct and $   1975.00  through the plan.

The Trustee received $    240.53 .

Refunds to the Debtor totaled $  15202.26 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 10/11/07                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```